UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL HILYAR, et al., | CASE NO. C24-0423JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On July 31, 2024, the court entered an order setting the trial for September 8, 2025, setting the pretrial conference for August 25, 2025, and setting other pretrial deadlines in this case. (7/31/24 Min. Order (Dkt. # 13); *see also* 1/31/25 Order (Dkt. # 25) (extending certain deadlines).) Motions *in limine*, if any, must be filed by July 28, 2025. (7/31/24 Min. Order at 2.)

MINUTE ORDER - 1

The court RESETS the trial in this matter for **September 15, 2025**.

The court ORDERS the parties to file their responses to the opposing party's motions *in limine*, if any, by no later than **August 12, 2025**.

All unexpired deadlines set in the court's July 31, 2024 order remain the same.

Filed and entered this 20th day of June, 2025.

          RAVI SUBRAMANIAN
          Clerk of Court

          s/ Ashleigh Drecktrah
          Deputy Clerk

MINUTE ORDER - 2